IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW BYRNE and JESSICA BYRNE on behalf of themselves and all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| GENERAL ELECTRIC, | : | No. 10-7369 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **3rd** day of **August**, 2011, upon consideration of Defendant General Electric's Motion for Summary Judgment, Plaintiffs' Opposition thereto, Defendant's reply thereon, and for the reasons stated in this Court's Memorandum dated August 3, 2011 it is hereby **ORDERED** that Defendant's motion (Document No. 18) is **GRANTED in part and DENIED in part**, as follows:

1. Defendant's motion is **DENIED** with respect to Count I and Count V of Plaintiffs' Complaint.

2. Defendant's motion is otherwise **GRANTED**: Count II, Count III, Count IV and Count VI of Plaintiffs' Complaint are **DISMISSED**.

3. The parties may commence discovery on Plaintiffs' remaining claims; any such discovery shall be completed by **November 30, 2011**.

4. Any motions for summary judgment shall be filed by **December 9, 2011**.

BY THE COURT:

_____
Berle M. Schiller, J